## Jacob J. Pear, Appellant, v. Sam Pear, Administrator of Estate of John R. Pear, Deceased, Appellee.

### Term No. 50F6.

Heard in this court at the February term 1950. Farthing, Farthing & Feickert, for appellant; John B. Harris and Fred P. Schuman, for appellee. Opinion by PRESIDING JUSTICE BARDENS. Not to be published in full. Opinion filed May 23, 1950; rehearing denied June 21, 1950; released for publication June 21, 1950.